

January 6, 2023

<u>*VIA ECF*</u>

*Honorable Lorna G. Schofield*
*United States District Court*
*Southern District of New York*
*500 Pearl Street*
*New York, New York 10007*

> Application **GRANTED.** Defendants shall move, answer or otherwise respond to the Complaint by **January 22, 2023.** So Ordered.
>
> Dated: January 9, 2023
>       New York, New York
>
> _____
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

    Re:    *Portillo v. Pramukh 113 Inc. et al.*
           *Southern District Case No.: 22-CV-9814-LGS*

Dear Judge Schofield:

    This office represents Defendants in the above-referenced action. We write this letter to respectfully request an extension of time to respond to the Complaint. We were recently retained to represent the Defendants and have contacted Plaintiff's counsel to reach an early resolution of this Fair Labor and Standards case. The parties are preparing settlement documents at present. Plaintiff's counsel advised that with the Court's permission, he is willing to either: (a) submit a voluntary notice of discontinuance with prejudice; or (b) submit a settlement agreement and fairness letter for the Court's review under Cheeks. We are hopeful that there will be no need to submit a response to the Complaint. The parties respectfully request until January 22, 2023 to submit the aforementioned papers and/or for Defendants to file their Answer to the Complaint.

    Should the Court require any additional information regarding this request, kindly advise the parties and we will confer to provide same to the Court.

                            *Respectfully submitted,*
                            *Vallely Law PLLC*

                            <u>*/s/ Erick Vallely*</u>
                            *Erick Vallely, Esq.*

cc:    Plaintiff's Counsel (via ECF)